**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, NJ 08540
609.919.6600
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HT OF HIGHLANDS RANCH, INC.,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**HOLLYWOOD TANNING**<br>**SYSTEMS, INC., RALPH VENUTO,**<br>**JR., HT FRANCHISING, LLC, and**<br>**CAROL F. VENUTO, AS**<br>**ADMINISTRATRIX FOR THE**<br>**ESTATE OF RALPH VENUTO, SR.,** )<br><br>**Defendants.** ) | **No. 07-cv-5718-JBS-AMD**<br><br>**Document Electronically Filed**<br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff HT

of Highlands Ranch, Inc. ("Plaintiff") and Defendants Hollywood Tanning Systems, Inc., Ralph

Venuto, Jr., and Carol F. Venuto, as Administratrix for the Estate of Ralph Venuto, Sr.

(collectively, "Settling Defendants"), that the claims asserted by Plaintiff against Settling

Defendants are hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1), with the

parties to bear their own respective costs and attorneys' fees, except as otherwise agreed.[1]

---

[1] This Stipulation does not apply to any claims asserted by Plaintiff against Defendant HT Franchising, which
has not entered an appearance in this matter or otherwise responded to Plaintiff's Second Amended Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between counsel for

Plaintiff and the Settling Defendants, that the counterclaims asserted by Settling Defendants

against Plaintiff are hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1), with

the parties to bear their own respective costs and attorneys' fees, except as otherwise agreed.


JOHN R. DOMINY                                  MORGAN, LEWIS & BOCKIUS LLP


_____                        _____
John R. Dominy                                  Christopher C. Loeber
53 Newton Ave.                                  502 Carnegie Center
Woodbury, NJ  08096                             Princeton, NJ  08540-6241
(856) 384-9991                                  (609) 919-6600

and

Jeffrey Goldstein
Goldstein, PC
PO Box 1707
Leesburg, VA  20177
(202) 293-3947
(Admission Pro Hac Vice
Granted in Original Proceeding)

*Attorneys for Plaintiff*                       *Attorneys for Defendants Hollywood*
                                                *Tanning Systems, Inc., Ralph Venuto, Jr.,*
                                                *and Carol F. Venuto, As Administratrix for*
                                                *the Estate of Ralph Venuto, Sr.*


Dated: 4/2/2010                                 Dated: 4-2-10