IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HT OF HIGHLANDS RANCH, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HOLLYWOOD TANNING SYSTEMS, INC., et al., <br><br> Defendants. | Civil No. 07-5718 (JBS/AMD) <br> [Doc. Entry No. 239] |
| GRANDSOLE, INC., <br><br> Plaintiff, <br><br> HOLLYWOOD TANNING SYSTEMS, INC., et al., <br><br> Defendants. | Civil No. 10-84 (JBS/AMD) |

### ORDER

This Matter having come before the Court by way of motion by Plaintiffs HT of Highlands Ranch, Inc. and Grandsole, Inc. to enlarge the time to file a motion to substitute the Administratrix for Ralph Venuto, Sr.; and the Court noting that Stipulations of Dismissal with prejudice were filed on April 2, 2010 by the Plaintiffs and answering Defendants in both of the above-captioned matters; and for good cause shown:

IT IS this **13th** day of **April 2010,** hereby

**ORDERED** that the motion by Plaintiffs HT of Highlands Ranch, Inc. and Grandsole, Inc. to enlarge the time to file a motion to substitute the Administratrix for Ralph Venuto, Sr. shall be, and hereby is, **DISMISSED AS MOOT**.

                                            s/ Ann Marie Donio
                                            ANN MARIE DONIO
                                            United States Magistrate Judge

cc:   Hon. Jerome B. Simandle